792

No. 584. STACK v. ILLINOIS. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 585. ATOR v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 586. NOVAK v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 590. EDWARDS v. NIERSTHEIMER, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 597. SHORT v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 598. HUNKE v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 600. HOUSE v. FLORIDA ET AL. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 602. UTTERBACK v. NIERSTHEIMER, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court, Randolph County, Illinois, denied.